Errata

*Gold East Paper (Jiangsu) Co. v. United States*, Consol. Ct. No. 10-00371, Slip Op. 14-79, dated July 2, 2014:

    Page 15:

        -- line 2, correct "note 4" to "note 5".

        -- line 4, insert "38 CIT at ___," before "971".

        -- footnote 14, line 7, correct "note 9" to "note 10".