Form 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 11

| |
|---|
| **Samsung Electronics *et al.,*** |
| Plaintiffs, |
| and |
| **LG Electronics Inc., LG Electronics USA Inc., and Whirlpool Corporation** |
| Consolidated Plaintiffs |
| v. |
| **United States** |
| Defendant, |
| and |
| **Whirlpool Corporation** |
| Defendant-Intervenors, |
| and |
| **Samsung Electronics *et al.,*** |
| Consolidated Defendant-Intervenors |

Court No.:  13-00098
and Attached Schedule

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for Plaintiffs LG Electronics Inc. and LG Electronics USA Inc. in this action and for the parties indicated in the actions listed on the attached schedule and requests that all papers be served on her.  The individual attorney in the undersigned firm who is responsible for the litigation is <u>Daniel L. Porter</u>.

18151844v1

| | |
|---|---|
| Date: July 9, 2014 | /s/ Claudia D. Hartleben |
| | Attorney |
| | |
| | Curtis, Mallet-Prevost, Colt & Mosle LLP |
| | Firm |
| | |
| | 1717 Pennsylvania Avenue, NW |
| | Street Address |
| | |
| | Washington, DC 20006 |
| | City, State and Zip Code |
| | |
| | 202-452-7373 |
| | Telephone Number |
| | |
| | CHartleben@curtis.com |
| | E-mail Address |

18151844v1

Form 11-2

## Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 1:08-cv-00285-JAR | GPX International Tire Corporation et al v. United States | GPX International Tire Corporation; Hebei Starbright Tire Co., Ltd. |
| 1:10-cv-00055-CRK | TMK IPSCO et al v. United States | Tianjin Pipe (Group) Corp.; Tianjin Pipe International Economic & Trading Corp. |
| 1:10-cv-00184-CRK | Tianjin Pipe (Group) Corp. et al v. United States | Tianjin Pipe (Group) Corp.; Tianjin Pipe International Economic & Trading Corp. |
| 1:10-cv-00371-RKM | Gold East Paper (Jiangsu) Co., Ltd. et al v. United States | Gold East Paper (Jiangsu) Co., Ltd.; Ningbo Zhonghua Paper Co., Ltd.; Global Paper Solutions |
| 1:10-cv-00372-RKM | Gold East Paper (Jiangsu) Co., Ltd. et al v. United States | Gold East Paper (Jiangsu) Co., Ltd.; Ningbo Zhonghua Paper Co., Ltd.; Global Paper Solutions |
| 1:11-cv-00129-DCP | GPX International Tire Corporation et al v. United States | GPX International Tire Corporation; Hebei Starbright Tire Co., Ltd. |
| 1:13-cv-00009-DCP | Changzhou Trina Solar Energy Co., Ltd et al v. United States | Bureau of Fair Trade for Imports & Exports, Ministry of Commerce, People's Republic of China |
| 1:13-cv-00098-LMG | Samsung Electronics Co., Ltd. et al v. United States | LG Electronics Inc. and LG Electronics USA Inc. |
| 1:13-cv-00100-CRK | LG Electronics, Inc. et al v. United States International Trade Commission | LG Electronics Inc. and LG Electronics USA Inc. |
| 1:13-cv-00106-DAR | Titan Wind Energy (Suzhou) Co., Ltd. v. United States | Titan Wind Energy (Suzhou) Co., Ltd. |
| 1:13-cv-00169-TCS | Artisan Manufacturing Corporation et al v. United States | Artisan Manufacturing Corp.; Shenzen Kehuaxing Industrial Ltd. |
| 1:13-cv-00384-GWC | Minh Qui Seafood Co., Ltd. v. United States | Minh Qui Seafood Co., Ltd. |
| 1:13-cv-00385-GWC | Nha Trang Seaproduct Company v. United States | Nha Trang Seaproduct Company |

18151844v1